IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THIAGARAJAN PONNOUSSAMY<br>4202 Pinefield Ct<br>Fairfax VA 22033<br>justiceforthiaga@gmail.com<br>571-316-0490<br>　　　　　　　Plaintiff Pro Se<br><br>– against –<br><br>THE INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT (also referred as World Bank)<br>　　　　　　　Defendant | CASE NO 1: 25-cv-04225-TNM<br><br>Jury Trial: YES |

## **PLAINTIFF'S MOTION FOR JOINDER OF THE UNITED STATES UNDER RULE 19**

Plaintiff, Thiagarajan Ponnoussamy, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 19 to join the United States, including the U.S. Secretary of the Treasury, the U.S. Executive Director to the International Bank for Reconstruction and Development (IBRD), and the U.S. Securities and Exchange Commission (SEC), each in their official capacities, as required parties. In support of this Motion, Plaintiff states as follows:

1.　　　Plaintiff has filed a detailed Memorandum in Support explaining why the United States, U.S. Secretary of the Treasury, the U.S. Executive Director to IBRD and the U.S. Securities and Exchange Commission (SEC) are required parties under Rule 19. The memorandum sets forth the statutory duties imposed on the United States under the International Financial Institutions Act (IFI Act), 22 U.S.C. §§ 262o–262r, and why adjudication of this litigation necessarily affects those duties, as well as the SEC's regulatory and oversight responsibilities implicated by this litigation.

2.	Plaintiff seeks declaratory and equitable relief regarding IBRD's noncompliance with the IFI Act. Such relief cannot be resolved without determining the scope and application of statutory obligations assigned to the United States, including oversight and voice-and-vote responsibilities.

3.	The United States' and the SEC's absence would impair their ability to protect their statutory and regulatory interests, and complete relief cannot be afforded without their participation.

4.	Plaintiff seeks no monetary relief from the United States or the SEC. The United States is subject to the Court's jurisdiction for non-monetary claims under 5 U.S.C. § 702, and joinder is proper under 28 U.S.C. §§ 1331 and 1361. The SEC is likewise properly joined for non-monetary relief based on its regulatory and oversight functions relevant to Plaintiff's claims.

WHEREFORE, Plaintiff respectfully requests that this Court GRANT this Motion and order that the United States be joined as a required party, including the U.S. Secretary of the Treasury (official capacity); the U.S. Executive Director to IBRD (official capacity) and the U.S. Securities and Exchange Commission (SEC), in its oversight capacity.

Date: December 15, 2025

        Respectfully submitted,

        */s/ Thiagarajan Ponnoussamy*

        Thiagarajan Ponnoussamy Plaintiff, Pro Se

        4202 Pinefield Ct

        Fairfax VA 22033

        justiceforthiaga@gmail.com

        571-316-0490