IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THIAGARAJAN PONNOUSSAMY<br>4202 Pinefield Ct<br>Fairfax VA 22033<br>justiceforthiaga@gmail.com<br>571-316-0490<br><br>                            Plaintiff<br><br>– against –<br><br><br>THE INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT (also referred as World Bank)<br>                            Defendant | CASE NO 1: 25-cv-04225-TNM<br><br><br>Jury Trial: YES |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR JOINDER OF THE UNITED STATES UNDER RULE 19

Upon consideration of Plaintiff's Motion for Joinder of the United States under Federal Rule of Civil Procedure 19, the accompanying Memorandum in Support, and the entire record in this matter, the Court finds that:

1.      The United States possesses legally protected interests arising from statutory duties under the International Financial Institutions Act (IFI Act), 22 U.S.C. §§ 262o–262r, including oversight, reporting, and voice-and-vote obligations, and the regulatory and enforcement responsibilities of the U.S. Securities and Exchange Commission (SEC) implicated by Plaintiff's allegations and statutory claims.

2.  Resolution of Plaintiff's claims necessarily requires interpretation of these statutory duties. The absence of the United States would impair or impede its ability to protect its statutory interests. Complete relief cannot be afforded among existing parties without the United States. The requirements of Federal Rule of Civil Procedure 19(a) are satisfied.

3.  Accordingly, it is hereby ORDERED that:

    i.  Plaintiff's Motion for Joinder of the United States under Rule 19 is GRANTED.

    ii. The United States is joined as a required party to this action, including the U.S. Secretary of the Treasury in his official capacity, the U.S. Executive Director to the International Bank for Reconstruction and Development in his official capacity, and the U.S. Securities and Exchange Commission (SEC) in its official capacity, all of whom possess statutory and regulatory interests implicated by Plaintiff's claims.

4.  Plaintiff shall serve the United States, including service upon the U.S. Secretary of the Treasury in his official capacity, the U.S. Executive Director to the International Bank for Reconstruction and Development in his official capacity, and the U.S. Securities and Exchange Commission (SEC) in its official capacity, with the Complaint, Motion, and this Order in accordance with Rule 4(i).

IT IS SO ORDERED

Dated:


TREVOR N. McFADDEN

United States District Judge