PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION TO JOINDER - Index of Exhibits

| | |
|---|---|
| THIAGARAJAN PONNOUSSAMY<br>4202 Pinefield Ct<br>Fairfax VA 22033<br>justiceforthiaga@gmail.com<br>571-316-0490<br><br>                             Plaintiff<br><br>– against –<br><br>THE INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT (also referred as World Bank)<br>                             Defendant | CASE NO 1: 25-cv-04225-TNM<br><br>Jury Trial: YES |

### INDEX OF EXHIBITS

Exhibit A         Plaintiff Reach out to Member of US Congress

Exhibit B         Congressional Research Services Report: World Bank

Exhibit C         Audit Committee Terms of Reference

Exhibit D         Email Correspondence with SVP of Legal