# Exhibit A

CASE NO 1: 25-cv-04225-TNM

**JENNIFER WEXTON**
10TH DISTRICT, VIRGINIA

**COMMITTEE ON APPROPRIATIONS**
TRANSPORTATION, AND HOUSING AND URBAN DEVELOPMENT, AND RELATED AGENCIES
STATE, FOREIGN OPERATIONS, AND RELATED PROGRAMS
LEGISLATIVE BRANCH

**COMMITTEE ON THE BUDGET**

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515-4610**

WASHINGTON OFFICE
1217 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5136

STERLING OFFICE
21351 GENTRY DRIVE, SUITE 140
STERLING, VA 20166
(703) 234-3800

WINCHESTER OFFICE
100 NORTH LOUDOUN STREET
SUITE 120
WINCHESTER, VA 22601
(703) 236-1300

November 16, 2022

Dear Thiagarajan,

Thank you for contacting me regarding oversight of the World Bank.

The federal agency relevant to your issue will require a completed privacy release form before discussing your confidential information with my office. You can complete and sign a digital form on my website here: https://wexton.house.gov/services/casework/help-with-a-federal-agency.htm.

Please include any current correspondence between you and the agency, along with any supporting documents. Upon receipt, an inquiry will be directed on your behalf.

In the meantime, should you have additional questions, please contact my district staff at (703) 234 - 3800.

Sincerely,

Jennifer Wexton
Member of Congress